# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- [ ] MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- [x] MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation
- [ ] MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation

**Civil Action Number (SDWV):** 2:14-cv-02091

(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  [ ] Plaintiff Counsel   [x] Defense Counsel   [ ] Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Moeller | Deborah | A. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| MO 44009 | dmoeller@shb.com |

**Party Representing:**
Tissue Science Laboratories Limited
Sofradim Production SAS

| Originating Case Number: 2:14-cv-02091 | Originating District: Southern District of West Virginia |
|---|---|

Originating Short-Case Style: Honaker v. C. R. Bard, Inc., et al.

| Direct Dial Number: 816.559.2127 | Cell Phone Number: 913.424.9751 |
|---|---|
| Secretary Name: Andrea Brunner | Paralegal Name: Casey Kirk |

## LAW FIRM INFORMATION

Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 2555 Grand Blvd.

| City: Kansas City | State: MO 44009 | Zip: 64108 |
|---|---|---|
| Firm Phone Number: 816.474.6550 | Firm Fax Number: 816.421.4457 | |

Other members of firm involved in this litigation:

3/18/2015                                     s/ Deborah A. Moeller
Date                                            Electronic Signature

Rev. 02/14