IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL 2187

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit, the plaintiffs and Tissue Science Laboratories Limited, C. R. Bard, Inc., and Sofradim Production (collectively referred to as "Defendants") have agreed to a settlement model with regard to Defendants. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and Defendants may submit an agreed order of dismissal with prejudice on or before July 17, 2017; if settlements are not finalized and dismissal orders are not submitted by July 17, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendants are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

7739002 v1

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from the plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2187 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2220.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A - CLARK, LOVE AND HUTSON

| CIVIL CASE NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:11-cv-00941 | Bennett, Bo and Karl |
| 2:12-cv-00199 | Vandergriff, Billie |
| 2:12-cv-00210 | Davis, Betty & Charles |
| 2:12-cv-00211 | Gustin, Teresa & Gary |
| 2:12-cv-00213 | Stollings, Susan |
| 2:12-cv-00215 | Dovel, Raylene & Lloyd |
| 2:12-cv-00870 | Slay, Mary and Buddy |
| 2:12-cv-02387 | Murray, Gaye and Larry A. |
| 2:12-cv-02390 | Lingle, Deborah and Paul Tiffany |
| 2:12-cv-02391 | Pritt, Diana and Grover |
| 2:12-cv-02787 | Leatherman, Debbie and Tony |
| 2:12-cv-03399 | Barnard, Sherrie |
| 2:12-cv-03499 | Pratt, LaAnn (Lou Ann) B. |
| ~~2:12-cv-03500~~ | ~~Stokes, Betsy C. and Charles W.~~ |
| 2:12-cv-03563 | Myles, Tammie |
| 2:12-cv-04155 | Osborne, Lorheda M. and Robert |
| 2:12-cv-04239 | Hamlin, Katherine |
| 2:12-cv-04532 | Cheek, Tonya and Patrick |
| 2:12-cv-04533 | Miller, Kerri and Jason L. |
| 2:12-cv-05052 | Everhart, Cindy |
| 2:12-cv-05054 | Tinch, Judy |
| 2:12-cv-05107 | Lachney, Dezarae and Harvey |
| 2:12-cv-05338 | Hickman, Anita |
| 2:12-cv-06311 | Moore, Michelle D. and Joshua |
| 2:12-cv-07195 | Herrell, Linda |
| 2:12-cv-07377 | Ernspiker, Delores |
| 2:12-cv-08510 | Leal, Elodia and Rogerio |
| 2:12-cv-08512 | Warden, Marilyn |
| 2:12-cv-09024 | Shaw, Beatrice |
| 2:12-cv-09160 | Carter, Claudia and Larry |
| 2:12-cv-09175 | Norris, Norma and Michael |
| 2:13-cv-00617 | Wasson, Carol and Larry |
| 2:13-cv-01607 | Gilmore, Paula and Richard |
| 2:13-cv-02613 | DeVault, Roberta |
| 2:13-cv-02908 | Spainhoward, Theresa |
| 2:13-cv-03577 | Wilcox, Lorrine |
| 2:13-cv-03973 | Manning-Smith, Marilyn |
| 2:13-cv-10207 | Fisher, Julie |
| 2:13-cv-10213 | Allen, Sherry |
| 2:13-cv-10506 | Zucca, Sandra K. |
| 2:13-cv-12313 | Boalick, Kim and Robert Boalick |
| 2:13-cv-22885 | Richmond, Wilma L. and Rodney D. |
| 2:13-cv-22891 | Nick, Diana Faye |
| 2:13-cv-22892 | Fox, Marion C. and Harry |
| 2:13-cv-24339 | Crecelius, Julie A. and Alan D. |
| 2:13-cv-24343 | Moore, Laura J. and Ronald |
| 2:13-cv-24374 | Holt, Connie G. and William D. |
| 2:13-cv-24635 | Borrie, Margaret C. and Donald F. |
| 2:13-cv-24636 | Smith, Clara J. |
| 2:13-cv-24637 | Suchyna, Patricia and Anthony H. |
| 2:13-cv-25152 | Carpenter, Lois M. and Clayton O. |
| 2:13-cv-25156 | Cuevas, Carmen and Ramiro |
| 2:13-cv-25159 | Highland, Betty J. and Steve E. |

# EXHIBIT A - CLARK, LOVE AND HUTSON

| | | | |
|---|---|---|---|
| | 2:13-cv-25160 | | Jones, Diane and Charles |
| | 2:13-cv-25161 | | LaChapelle, Letitia |
| | 2:13-cv-25162 | | ~~Larrison, Geneva L.~~ and Thomas P. Geneva C. Lucas-Larrison |
| | 2:13-cv-25164 | | Santa, Adriana |
| | 2:13-cv-25165 | | Tucker, Janice M. and Charles L. |
| | 2:13-cv-25218 | | Clement, Rosemary A. and Michael R. |
| | 2:13-cv-25221 | | Cox, Shelia M. and James G. |
| | 2:13-cv-25223 | | Downard, Karen E. and Randell L. |
| | 2:13-cv-30508 | | Nachtigall, Shirley and Gordon |
| | 2:13-cv-30511 | | Jordison, Alene A. and Brad |
| | 2:13-cv-30514 | | Shoemaker, Phyllis J. |
| | 2:13-cv-30515 | | Valentine, Linda S. |
| | 2:13-cv-30520 | | Allen, Pearl A. |
| | 2:13-cv-30521 | | Hamlett, Erma J. and Michael L. |
| | 2:13-cv-30523 | | Farmer, Beverly M. |
| | 2:13-cv-30915 | | Potter, Helen K. and Charles E. |
| | 2:13-cv-30916 | | Harvey, Cheryl A. |
| | 2:13-cv-30917 | | Varner, Myra J. and Virgil J. |
| | 2:13-cv-31861 | | Blackburn, Ethelyn E. and James |
| | 2:13-cv-31999 | | Lennox, Linda M. |
| | 2:13-cv-32089 | | Martin, Eileen A. and William |
| | 2:13-cv-32090 | | Dubiel, Jozefa |
| | 2:13-cv-32815 | | Durco, Barbara A. |
| | 2:13-cv-32820 | | Johnson, Erin K. |
| | 2:14-cv-00362 | | Hamilton, Deborah J. and Jeffery |
| | 2:14-cv-00367 | Merlyn | Harville, ~~Merlyn~~ D. and Conrad J. Sprout |
| | 2:14-cv-00368 | | Keith, Nelda R. and Franklin |
| | 2:14-cv-00378 | | Sanders, Shelby J. |
| | 2:14-cv-00379 | | Shuey, Gloria M. and William A. |
| | 2:14-cv-01203 | | Langerud, Mary R. |
| | 2:14-cv-01216 | | Parker, Jean F. and James S. |
| | 2:14-cv-01217 | | Ayala, Lorena and Martin, Sr. |
| | 2:14-cv-01223 | | Donahue, Ruth H. and Thomas E. |
| 2:15-cv-1705 | ~~2:14-cv-01705~~ | | Olea, Rosa M. |
| | 2:14-cv-01975 | | Alford, Lorrie L. and Johnnie T., Jr. |
| | 2:14-cv-01983 | | Beaird, Martha |
| | 2:14-cv-01993 | | Brojakowski, Cathy E. and Joseph S. |
| | 2:14-cv-01999 | | Campbell, Rhoda Faye and Vance |
| | 2:14-cv-02004 | | Candler, Sammie J. |
| | 2:14-cv-02025 | | Dyer, Kristi and James |
| | 2:14-cv-02037 | | Hauk, Ruth A. |
| | 2:14-cv-02048 | | Clark, Mary G. |
| | 2:14-cv-02050 | | DeMoss, Catherine A. Hamilton and Willis G. |
| | 2:14-cv-02057 | | Jacobs, Amanda L. |
| | 2:14-cv-02068 | | Martinez, Elizabeth A. and Benigno F. |
| | 2:14-cv-02069 | | Livsey, Janelle F. and Joe D., Sr. |
| | 2:14-cv-02073 | | McCallister, Tammie L. |
| | 2:14-cv-02074 | | Roberts, Rose M. |
| | 2:14-cv-02080 | | Van Cleave, Evonne |
| | 2:14-cv-02088 | | Reinhart-Churches, Kathryn and Chris |
| | 2:14-cv-02091 | | Honaker, Melinda Riddle |
| | 2:14-cv-02096 | | Russell, Billie D. and Glen |
| | 2:14-cv-02106 | | Staley, Kathy A. |
| | 2:14-cv-02113 | | Vagalatos, Margaret J. and Demetrios |
| | 2:14-cv-02120 | | Young, Judith G. |

# EXHIBIT A - CLARK, LOVE AND HUTSON

| | | |
|---|---|---|
| | 2:14-cv-02122 | Weber, Charlotte A. |
| | 2:14-cv-02124 | Yurko, Pamela |
| | 2:14-cv-02311 | Demro, Paula M. |
| | 2:14-cv-02314 | Durden, Tammy |
| | 2:14-cv-02317 | Earnest, Margie R. |
| | 2:14-cv-02326 | Mondora, Elizabeth |
| | 2:14-cv-02332 | Nova, Meryl A. |
| | 2:14-cv-02335 | Payne, Janet A. |
| | 2:14-cv-02344 | Vincent, Donna F. |
| | 2:14-cv-02594 | Bauman, Barbara J. |
| | 2:14-cv-02603 | Graddy, Pattie L. |
| | 2:14-cv-02605 | Schoeller, Evelyn Mae |
| | 2:14-cv-03942 | Dennis, Delmary R. and Richard E. |
| | 2:14-cv-03947 | Roberts, Joyce E. and Sam W. |
| | 2:14-cv-03953 | Woods, Diane R. |
| | 2:14-cv-04064 | Keyes, Kathy L. |
| | 2:14-cv-04066 | Paroli, Amanda N. and Paul |
| | 2:14-cv-04068 | Sullender, Brenda and Robin S. |
| | 2:14-cv-04222 | Busch, Taffy |
| | 2:14-cv-04225 | Falls, Mary J. and Gary L. |
| | 2:14-cv-04228 | Hale, Tammy L. and George |
| | 2:14-cv-04233 | Harmon, Linda and Owen W., Jr. |
| | 2:14-cv-04240 | Lackey, Sharon D. and Gaston |
| | 2:14-cv-04247 | Medina, Inez |
| | 2:14-cv-04251 | Murray, Tesa L. and James Viscovich |
| | 2:14-cv-04255 | Neely-Norman, Sheila and Jimmy Norman |
| | 2:14-cv-04258 | Pattison, Joyce A. |
| | 2:14-cv-04267 | Stafford, Joyce G. and Daniel |
| | 2:14-cv-04270 | Vina, Heather and Michael |
| | 2:14-cv-04274 | Walker, Lisa M. and Robert W. Bunch |
| | 2:14-cv-04992 | Duckworth, Stella F. |
| | 2:14-cv-04997 | Johnston, Ellen K. |
| | 2:14-cv-05009 | Rich, Lois L. and Oval |
| | 2:14-cv-05013 | Robinson, Susan J. and Kelly D. |
| | 2:14-cv-05016 | Spencer, Eleanor |
| | 2:14-cv-05019 | Vaughn, Cynthia and David E. |
| | 2:14-cv-05023 | Walden, Christie and Robert |
| | 2:14-cv-05029 | Walker, Delpha R. and Perry O. |
| | 2:14-cv-05774 | Massey, Cynthia Dianne |
| | 2:14-cv-06375 | Carreca, Beverly A. |
| | 2:14-cv-06379 | Cobb, Hazel W. ~~Avant~~ and Tommy A. |
| | 2:14-cv-06383 | McKay, Dianna L. and Robert A. |
| | 2:14-cv-06621 | Clifford, Frances M. |
| | 2:14-cv-06623 | Cox, Mary Ann |
| | 2:14-cv-06625 | Emmons, Joyce F. |
| | 2:14-cv-06636 | Thomas, Mary C. |
| | 2:14-cv-08052 | Smith, Vivian L. and Barry L. |
| | 2:14-cv-08526 | Arnone, Maria L. and Joseph M., Jr. |
| | 2:14-cv-08539 | McElhinny, Edna M. and Terrance |
| | 2:14-cv-08550 | Hicks, Exie M. and Donald |
| | 2:14-cv-08556 | Condor, Sally A. and Daniel |
| | 2:14-cv-08562 | Myers, Cora D. and Terry F. |
| | 2:14-cv-10153 | Huffman, Tami R. |
| | 2:14-cv-10157 | Rosario, Mary J. |
| | 2:14-cv-10159 | Tracey, Sue A. and Robert R. |

# EXHIBIT A - CLARK, LOVE AND HUTSON

| | | |
|---|---|---|
| | 2:14-cv-10160 | Zube, Charlene A. |
| | 2:14-cv-11575 | Degarmo, Norma L. and Billy |
| | 2:14-cv-11579 | O'Connor, Colette M. |
| | ~~2:14-cv-12278~~ | ~~Manning, Johnnie~~ |
| | 2:14-cv-25747 | Kunz, Cynthia S. and Bruce M. |
| | 2:14-cv-25748 | Hendrickson, Peggy J.B. and James |
| | 2:14-cv-25751 | Sickels, Jill |
| | 2:14-cv-25769 | Dillingham, Noelia ~~R.~~ and David O. |
| | 2:14-cv-25780 | Hadnot, Carol ~~A.~~ and Lester |
| | 2:14-cv-25784 | Vogel, Shirley J. |
| | 2:14-cv-25785 | Santos, Teresa T. |
| | 2:14-cv-25786 | ~~Escarcega, Guillermina~~ Guillermina Escarcega Pillado |
| | 2:14-cv-25787 | Blair, Margaret D. and Darren P. |
| | 2:14-cv-25789 | Gonzales, LaVonne L. and Jose |
| | 2:14-cv-25790 | Ferguson, Gretchen J. |
| | 2:14-cv-27332 | Shafer, Patsy Ann and Ronald E. |
| | 2:14-cv-27765 | Johnson, Donna |
| | 2:14-cv-27766 | Kelley, Mary Kay and Byron B. |
| | 2:14-cv-27767 | Horton, Eva and David |
| | 2:14-cv-27768 | Gomez, Sylvia |
| | 2:14-cv-27769 | Delgado, Nereida and Martin A. |
| | 2:14-cv-27770 | Hatfield, Irene |
| | 2:14-cv-29178 | Zawadzki, Kathryn |
| | 2:14-cv-29179 | Calvetti, Rosantina S. and Armando H. |
| | 2:14-cv-29180 | Leonard, Pamela |
| | 2:14-cv-29182 | Licea, Manuela |
| | 2:14-cv-29185 | Biddy, Carol G. and Sam |
| | 2:14-cv-29189 | Alarcon, Georgina |
| | 2:14-cv-29191 | Deets, Jane K. |
| | 2:14-cv-29208 | Hicks, Alicia |
| | 2:14-cv-29214 | Jones, Rose ~~A.~~ Ann |
| | 2:14-cv-29217 | Hurtado, Rosaline and Jose J. |
| | 2:14-cv-29225 | Howe, Melody and David |
| | 2:14-cv-29227 | Hyder, Dean |
| | 2:14-cv-30242 | Collum Quam, Rhonda and David G. |
| | 2:15-cv-01701 | Green-Napolitano, Darlene and Brian ~~E.~~ Woolwine |
| | 2:15-cv-01702 | Morris, Margaret ~~M.~~ |
| | 2:15-cv-01704 | Mejia, Mirna ~~N.~~ |
| | 2:15-cv-01706 | Torres, Fabiola and Gerardo |
| | 2:15-cv-01747 | Lopez, Emma E. and Nelson |
| | 2:15-cv-01748 | Rios, Jovita and Juan M. |
| | 2:15-cv-01756 | Verhagen, Susan |
| | 2:15-cv-01757 | Lindgren, Ionne ~~L.~~ and Ron |
| | 2:15-cv-01758 | Balzano, Donna ~~M.~~ and James |
| | 2:15-cv-01759 | Ball, Sandra ~~J.~~ and Rudy A. |
| | 2:15-cv-01760 | Demulder, Janice ~~M.~~ |
| | 2:15-cv-01761 | Glowacki, Audree B. and Mike |
| | 2:15-cv-01763 | Mongiello, Kathy |
| | 2:15-cv-01764 | Staehle, Debra L. |
| | 2:15-cv-01780 | Thompson, Suzanne M. |
| | 2:15-cv-01785 | Cervantes, Maria G. and Miguel Flores |
| | 2:15-cv-01803 | Stewart, Lorraine A. and Don Joseph |
| | 2:15-cv-01805 | Tinsley, Mary Jane |
| | 2:15-cv-01806 | Eggert, Twilla G. and Timothy C. |
| | 2:15-cv-01808 | Boyd, Linda S. |

# EXHIBIT A - CLARK, LOVE AND HUTSON

| | | |
|---|---|---|
| | 2:15-cv-01810 | Sheeks, Brenda S. and Fred |
| | 2:15-cv-01811 | Dunivant, Sharon D. |
| | 2:15-cv-01814 | Bible, Patricia C. and James C., III |
| | 2:15-cv-01824 | McKee, Lydia M. |
| | 2:15-cv-01826 | Todd, Susan M. and Ron |
| | 2:15-cv-01827 | Gross, Crystal E. |
| | 2:15-cv-01830 | Cox, Betty G. and Allen L. |
| | 2:15-cv-01833 | Hardy, Augusta L. |
| | 2:15-cv-01991 | Phillips, Jewell Dee |
| | 2:15-cv-01992 | Garibay, Blanca |
| | 2:15-cv-01993 | Health, Sarah and David R. Kelley |
| | 2:15-cv-02324 | Noyes, Julie |
| | 2:15-cv-02326 | Romero, Puahiilani and Clinert  Cilnert |
| | 2:15-cv-02328 | Nash, Melissa and Clay |
| | 2:15-cv-03066 | Shoemaker, Michelle L. |
| | 2:15-cv-03280 | Reyes, Rosa Benitez |
| | 2:15-cv-03440 | Wilson, April A. |
| | 2:15-cv-03521 | Wysong, Debbie J. and Darrell |
| | 2:15-cv-03639 | Keesee, Judith C. |
| | 2:15-cv-03672 | Araiza, Lupe G. |
| | 2:15-cv-03675 | Harrison, Pamela Kearns and Terry D. |
| | 2:15-cv-03778 | Sanchez, Maria A. |
| | 2:15-cv-03779 | Chastain, Janice S. |
| | 2:15-cv-03782 | Gonzales, Diana and Omero |
| | 2:15-cv-03784 | Trumbly, Valerie L. and Raymond E. |
| | 2:15-cv-03846 | Powlics, Kathryn A. |
| | 2:15-cv-03850 | Medlin, Carolyn A. and Curtis L. |
| | 2:15-cv-03890 | Eads, Gale Marie |
| | 2:15-cv-03985 | Lockhart-Conrad, Kimberly Jo |
| | 2:15-cv-03986 | Jefferson, Karen D. |
| | 2:15-cv-04041 | Glover, Laura L |
| | 2:15-cv-04056 | Garcia, Kathleen Marie and Raul |
| | 2:15-cv-04112 | Maletta, Sue A. |
| | 2:15-cv-04113 | Sharon, Patricia Ann |
| | 2:15-cv-04203 | Christian, Christi |
| | 2:15-cv-04380 | Holland, Pamela S. |
| | 2:15-cv-04390 | Albarado, Josephine |
| | 2:15-cv-04881 | Huntley, Vickie D. |
| | 2:15-cv-04892 | Bailey, Debora H. and Winford H. |
| | 2:15-cv-04992 | Dailey, Debra and Greg |
| | 2:15-cv-04993 | Landry, Margaret and Arrick |
| | 2:15-cv-04996 | King, Delma and Arthur |
| | 2:15-cv-05548 | Czeiszperger, Madonna A. and George R. |
| | 2:15-cv-05549 | Schafer, Rosemary M. and Ted Allen |
| | 2:15-cv-05868 | Gnerlich, Janet L. |
| | 2:15-cv-06007 | Kassner, Linda J. and Ronald R. |
| | 2:15-cv-06995 | Daniel, Marilyn J. |
| | 2:15-cv-07018 | Zeigler, Linda B. |
| | 2:15-cv-07134 | Milligan, Wendy and Steve |
| | 2:15-cv-07137 | Ray, Sandra and James Chris, Jr. |
| | 2:15-cv-07144 | Helm, Dorothy J. and Earl |
| | 2:15-cv-07450 | Woerner, Betty J. |
| | 2:15-cv-07771 | Watson, Wanda J. and Earnest |
| | 2:15-cv-07927 | Legendre, Joanne S. |
| | 2:15-cv-08474 | Martin, Pamela R. |

# EXHIBIT A - CLARK, LOVE AND HUTSON

| | | |
|---|---|---|
| | 2:15-cv-08652 | Clay, Brenda J. and Dennis L. |
| | 2:15-cv-08666 | Smith, Linda J. |
| | 2:15-cv-08672 | Brown, Jean M. |
| | 2:15-cv-08673 | Jones, Delores J. and Tony L. |
| | 2:15-cv-08781 | Gonzalez, Nuris and Rhadames |
| | 2:15-cv-08783 | Hall, Cynthia V. |
| | 2:15-cv-08797 | Gaddis, Mary E. and Carlton L. |
| | 2:15-cv-08805 | Hudson, Sylvia J. |
| | 2:15-cv-08841 | Wright, Sharon S. |
| | 2:15-cv-08869 | Harris, Carolyn Sue and Olton |
| | 2:15-cv-08873 | Pedroza, Carmen A. |
| | 2:15-cv-09205 | Stees, Susan Beth and Richard |
| | 2:15-cv-09474 | Land, Linda J. and Michael B. |
| | 2:15-cv-09493 | Harris-Davis, Brenda G. and William R. Davis |
| | 2:15-cv-09494 | Artaiz, Ava M. and Ignacio C. |
| | 2:15-cv-09754 | Pascoe, Lorraine M. |
| | 2:15-cv-10127 | Hinson, Pamela A. and John W. |
| | 2:15-cv-10151 | Vanderwerf, Deborah |
| | 2:15-cv-10152 | Stewart, Mildred B. |
| | 2:15-cv-10161 | Gasunas, Clara |
| | 2:15-cv-11272 | Brown, Susan A. and Mark |
| | 2:15-cv-11277 | Fintikas, Patricia A. and Louis J. |
| | 2:15-cv-11360 | Crymes, Vivian Joyce and James H. |
| | 2:15-cv-11361 | Highland, Christal L. |
| | 2:15-cv-11363 | Meyers, Rose L. |
| | 2:15-cv-11375 | Herman, Mary A. |
| | 2:15-cv-14644 | Gonzalez, Berinthia |
| | 2:15-cv-14825 | Daniels, Alice M. |
| | 2:15-cv-14829 | Roberts, April and Duane V. |
| | 2:15-cv-14830 | Woods, Anna M. |
| | 2:15-cv-14919 | Stratton, Linda C. and Dewayne |