IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO:  Melinda Riddle Honaker,  　　　　　　　Plaintiff,  v.  C.R. Bard, Inc., *et al.*,  　　　　　　　Defendants. | MDL No. 2187   Case No. 2:14-cv-02091 |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO REINSTATE
CASE TO ACTIVE DOCKET
[Doc. No. 6]**

COME NOW, the undersigned counsel in the above-referenced civil action, and request withdrawal of the Motion to Reinstate the case of Melinda Riddle Honaker to the Active Docket identified as Document No. 6.

Dated: October 3, 2017

　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Clayton A. Clark*
　　　　　　　　　　　　　　　　　　　　　　　　　　Clayton A. Clark
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

Clark, Love & Hutson, G.P.
Clayton A. Clark, Esq.
Scott A. Love, Esq.
slove@triallawfirm.com
W. Michael Moreland, Esq.
mmoreland@triallawfirm.com
440 Louisiana Street, Suite 1600
Houston, Texas 77002
(713) 757-1400
(713) 759-1217 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*By*:   */s/ Clayton A. Clark*
Clayton A. Clark
Counsel for Plaintiffs

Clark, Love & Hutson, G.P.
Clayton A. Clark, Esq.
Scott A. Love, Esq.
slove@triallawfirm.com
W. Michael Moreland, Esq.
mmoreland@triallawfirm.com
440 Louisiana Street, Suite 1600
Houston, Texas 77002
(713) 757-1400
(713) 759-1217 (fax)