The motion to withdraw is GRANTED; it is further ORDERED that motion(s) # 6 is/are DENIED as MOOT.

ENTER: 10/05/2017

*/s/ Joseph R. Goodwin/*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| THIS DOCUMENT RELATES TO: | |
| Melinda Riddle Honaker,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:14-cv-02091 |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO REINSTATE
CASE TO ACTIVE DOCKET
[Doc. No. 6]**

COME NOW, the undersigned counsel in the above-referenced civil action, and request withdrawal of the Motion to Reinstate the case of Melinda Riddle Honaker to the Active Docket identified as Document No. 6.

Dated: October 3, 2017

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Clayton A. Clark*
　　　　　　　　　　　　　　　　　　　　　　Clayton A. Clark
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

Clark, Love & Hutson, G.P.
Clayton A. Clark, Esq.
Scott A. Love, Esq.
slove@triallawfirm.com
W. Michael Moreland, Esq.
mmoreland@triallawfirm.com
440 Louisiana Street, Suite 1600
Houston, Texas 77002
(713) 757-1400
(713) 759-1217 (fax)