IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
    PELVIC REPAIR SYSTEM                                 MDL NO. 2187
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ON AN INACTIVE DOCKET

O R D E R

I have previously ordered that the parties in cases on an Inactive Docket Order, in the *C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, 2:10-md-2187 ("MDL 2187"), had until no later than November 2, 2017, to submit joint motions of dismissal. The Orders provided that if dismissals were not submitted by the November 2, 2017, deadline then the court would have a hearing to determine the appropriate action.

For reasons appearing to the court, it is **ORDERED** as follows:

1. The deadline to submit joint motions of dismissal is extended to March 31, 2018, for all cases in MDL 2187 currently on an inactive docket;

2. For all cases on an inactive docket and all cases to be put on an inactive docket, the parties may submit an agreed order of dismissal with prejudice on or before March 31, 2018; if settlements are not finalized and dismissal orders are not submitted by March 31, 2018, then the court will have a

hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket;

3. All remaining provisions of Inactive Docket Orders entered in MDL 2187 and individual cases remain in effect.

The Clerk is **DIRECTED** to file a copy of this order in every member case associated with MDL 2187 that is on an inactive docket, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 19, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE