IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2187

--------------------------------------------------

THIS DOCUMENT RELATES TO:

ALL CASES ON AN INACTIVE DOCKET

## ORDER
### (CHANGE TO CHARACTERIZATION BY CLERK'S OFFICE OF CASES ON INACTIVE DOCKET)

For reasons appearing to the court, the court **ORDERS** that in all cases with an inactive docket order which resulted in "Closed" and "MDL Bard Inactive" flags on the docket sheet, the Clerk is directed to update the docket by removing the "Closed" flag from the docket sheet and leaving the "MDL Bard Inactive" flag. This modification (1) more accurately reflects the status of cases on an inactive docket, which remain open and pending for rulings leading to the final disposition of the cases; and (2) does not alter the court's approach to dealing with cases on an inactive docket, including all provisions and deadlines set forth in any inactive docket order.

The Clerk is directed to file this Order in every member case in the Bard MDL, 2:10-md-2187, that has the "Closed" and "MDL Bard Inactive" flags and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 26, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE