IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:10-MD-02187<br>MDL No. 2187 |
| THIS DOCUMENT RELATES ONLY TO: MELINDA RIDDLE HONAKER v. C.R. BARD, INC., ET AL.,<br><br>CASE NO. 2:14-cv-02091 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed, by and between the parties, that this action shall be dismissed without prejudice as to Defendants C. R. Bard, Inc., Sofradim Production SAS, and Tissue Science Laboratories Limited pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and fees.

Date: February 18, 2019

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station, 201 17th St NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Counsel for Defendant C.R. Bard, Inc.*

/s/ Micah L. Hobbs
Micah L. Hobbs
Devin K. Ross
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for the Covidien Entities*

Respectfully submitted,

/s/ Scott A. Love
Scott A. Love, Esq.
CLARK, LOVE & HUTSON, G.P.
440 Louisiana St., Suite 1600
Houston, Texas 77002
(713) 757-1400 (Main)
(713) 759-1217 (Fax)
*Counsel for Plaintiff(s)*

9027765 v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Scott A. Love*
*Counsel for Plaintiff(s)*